GRIFFIN v. NEW YORK CITY RY. CO.

(Supreme Court. Appellate Term.   June 1, 1906.)

Appeal from the Municipal Court, Borough of Manhattan, Eleventh District.

Action by Bertha M. Griffin against the New York City Railway Company.   From a judgment for defendant, plaintiff appeals.   Reversed, and new trial granted.

Argued before GILDERSLEEVE, DAVIS, and CLINCH, JJ.

Harcourt Bull, for appellant.

William E. Weaver, for respondent.

PER CURIAM.   Action for $50 penalty under section 104 of the railroad law (Laws 1890, p. 1114, c. 565, as amended by Laws 1892, p. 1406, c. 676).   There was judgment for defendant, and against the plaintiff, for $10 costs.   This case is similar to those numbered 93, 155, 156, 157 on the calendar.   99 N. Y. Supp. 320–322.

The judgment in this case should be reversed, and a new trial granted, for reasons similar to those set forth in those cases as grounds of reversal therein.